## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>PAUL DANSO<br>GRACE N DANSO | : <br><br>: <br><br>: | Case No:   08-58969<br><br>Chapter 13<br><br>Judge:   John E. Hoffman Jr. |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  June 24, 2011                                      /s/ Frank M. Pees
                                                                              Frank M. Pees
                                                                              Chapter 13 Trustee

**Name and Address**                                                                                     **Amount**

HSBC AUTO FINANCE                                                                                     1,348.15
PO BOX 961245
FT WORTH, TX  761610244